IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE ) | |
|    INSURANCE COMPANY ) | |
| ) | |
| v. ) | NO.2:07-0072 |
| ) | JUDGE CAMPBELL |
| CUMBERLAND COUNTY BANK, ) | |
|    et al. ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 59), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motions to Strike Cross-Claims (Docket Nos. 52 and 53), filed by Russell T. Garland and Noelle R. Garland, are DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE