IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE ) | |
|    INSURANCE COMPANY ) | |
| ) | |
| v. ) | NO. 2:07-0072 |
| ) | JUDGE CAMPBELL |
| CUMBERLAND COUNTY BANK, ) | |
|    et al. ) | |

ORDER

Pending before the Court is a Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 114) filed by Defendant Cumberland County Bank. In light of the Second Amended Complaint (Docket No. 175), and for the reasons stated in the Court's prior Order (Docket No. 174) and Memorandum (Docket No. 173), the Motion to Dismiss (Docket No. 114) is DENIED.

IT IS SO ORDERED.

                                                                                /s/ Todd Campbell
                                                                                TODD J. CAMPBELL
                                                                                UNITED STATES DISTRICT JUDGE